# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR222

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| STEWART VANCE CODY ) | |

**THIS MATTER** is before the Court on motion of Joseph D. Vasquez to be substituted as attorney of record for the captioned Defendant.

Because no motion to appear in this case *pro hac vice* has been filed by Mr. Vasquez, the Court will hold in abeyance the motion for substitution of counsel until such time as Mr. Vasquez complies with the attorney admission requirements set forth in this Court's Local Rules. **See LR 83.1.**

**IT IS, THEREFORE, ORDERED** that the motion of Joseph D. Vasquez to be substituted as attorney of record for the Defendant is hereby held in abeyance pending compliance with this Order.

Signed: March 31, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge