# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR222

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| STEWART VANCE CODY ) | |

**THIS MATTER** is before the Court on motion of Joseph D. Vasquez to be substituted as attorney of record for the Defendant. The Court has withheld ruling on this motion until Mr. Vasquez complied with the attorney admission requirements set forth in this Court's Local Rule 83.1. Having now filed a motion *pro hac vice* and paid the required admission fee, the Court finds Mr. Vasquez has complied with the requirements of the Local Rule as well as the Court's previous Order filed March 31, 2006.

For the reasons stated in the motions and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of Joseph D. Vasquez to be substituted as attorney of record for the Defendant is

**ALLOWED** and David Belser is hereby relieved of further responsibility for the representation of the Defendant herein.

**IT IS FURTHER ORDERED** that Defendant's motion to appear *pro hac vice* is **ALLOWED**, and Joseph D. Vasquez is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: May 12, 2006

Lacy H. Thornburg
United States District Judge