# VIOLATION REPORT

## U.S. PRETRIAL SERVICES OFFICE



**FILED**
ASHEVILLE, N.C.

OCT 2 4 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

### MEMORANDUM

DATE: October 18, 2006

TO: The Honorable Lacy H. Thornburg
U.S. District Judge

FROM: Eric G. Simpson
U.S. Probation Officer

RE: **Stewart Vance Cody**
**1:05CR222**
**Request for Warrant to be Stricken**

RECEIVED
JUDGES CHAMBERS

OCT 2 0 2006

U.S. DISTRICT COURT
ASHEVILLE, N.C.

---

A warrant for the arrest of Stewart Vance Cody was issued by the Court on 9/14/06 based on a violation report submitted by Supervising U.S. Probation Officer B. Blaine Logan. At the time of the filing of the violation report Mr. Cody was on voluntary surrender pending designation to the Bureau of Prisons. This violation report was a result of Mr. Cody being charged with driving while license revoked and failure to appear in N.C. District Court, Buncombe County. The violation report recommended that a warrant be issued for Mr. Cody's arrest and that he be detained pending designation to the Bureau of Prisons. Mr. Cody's whereabouts were unknown to the USPO and law enforcement officials after the warrant was issued. However, according to the Bureau of Prisons, Mr. Cody self surrendered to FCI-Edgefield on 10/11/06 to begin serving his sentence. Therefore, the USPO recommends that the warrant issued by the Court on 9/14/06 be stricken.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted this 18 day of October, 2006.

Eric G. Simpson
U.S. Probation Officer

EGS

Stewart Vance Cody
1:05CR222

Approved by:

*[signature: Elisabeth FE]*

Elisabeth F. Ervin
Supervising U.S. Probation Officer

cc:    Corey Ellis, AUSA
       U.S. Marshal
       Joseph D. Vasquez, Defense Counsel
       PSI Officer

Stewart Vance Cody
1:05CR222

## THE COURT ORDERS

[ ]  No Action

[ ]  The Issuance of a Warrant

[ ]  The Issuance of a Summons

[X]  Other: That the warrant issued by the Court on 9/14/06 be stricken.

_____
Signature of Judicial Officer

_____10-23-06_____
Date